Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Latasha McCaskill

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA McCASKILL (SSN XXX-XX-3911),<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br>　　　　Defendant. | Case No. 5:14-cv-01770-UA-AJW<br><br>ORDER FOR AWARD OF EAJA FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FOUR THOUSAND SEVEN HUNDRED DOLLARS ($4,700**) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

　　September 02, 2015

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE